# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN TREMEL TALLEY,<br><br>    Petitioner,<br><br> v.<br><br>M.D. BITER, Warden,<br><br>    Respondent. | Case No. CV 11-9772-VBF (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 6-18-12

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE